# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Seth Hannibal-Fisher | **Defendant(s):** Grand Canyon University |
| County of Residence: Mohave | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Gerald Barrett**
**Ward, Keenan & Barrett, P.C.**
**3838 N. Central Ave., Suite 1720**
**Phoenix, Arizona  85012**
**602-279-1717**

Defendant's Atty(s):

II. Basis of Jurisdiction:     **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **1 Citizen of This State**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **190 Other Contract**

VI. Cause of Action:     **Injunctive relief to disgorge fees wrongfully withheld pursuant to Class Action Fairness Act, 28 U.S.C. Sec. 1332(d)**

VII. Requested in Complaint
Class Action: **Yes**
Dollar Demand:
Jury Demand: **Yes**

<u>VIII. This case</u> **IS RELATED** to Case Number **2:20-cv-00795-SMB** assigned to Judge <u>**Susan M. Brnovich.**</u>

**Signature:** <u>s/Gerald Barrett</u>

**Date:** <u>5/22/2020</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**