**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seth Hannibal-Fisher, et al., | No. CV-20-01007-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Grand Canyon University, | |
| Defendant. | |

Before the Court is Grand Canyon University's ("GCU") motion to dismiss. (Doc. 10.) Plaintiffs have since filed an amended complaint (Doc. 17),[1] rendering GCU's motion moot. Accordingly,

**IT IS ORDERED** that GCU's motion to dismiss (Doc. 10) is moot.

Dated this 17th day of September, 2020.

Douglas L. Rayes
United States District Judge

---

[1] Although Plaintiffs' amended complaint was not timely filed as a matter of course—the extension granted to file a response to GCU's motion to dismiss (Doc. 16) did not extend the Rule 15(a)(1) deadline—the parties have stipulated to the amended complaint's operativeness. (Docs. 18, 19.)