Gerald Barrett, SBN 005855
WARD, KEENAN & BARRETT, P.C.
3838 North Central Avenue, Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com

**\*Additional Counsel Listed Below**

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| SETH HANNIBAL-FISHER and DAVID TRAN on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GRAND CANYON UNIVERSITY,<br><br>    Defendant. | Case No.  2:20-cv-01007-PHX-SMB<br><br>**NOTICE OF WITHDRAWAL OF TAYLOR SECEMSKI AS COUNSEL OF RECORD FOR PLAINTIFFS** |

Notice is given that Taylor Secemski is no longer with the law firm of Ward, Keenan & Barrett, P.C.  Gerald Barrett. remains as counsel of record for Plaintiffs.

RESPECTFULLY SUBMITTED this 29th day of April, 2021.

**WARD, KEENAN & BARRETT, P.C.**

By: s/Gerald Barrett
Gerald Barrett
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012
Telephone: (602) 279-1717
Facsimile: (602) 279-8908
E-mail: gbarrett@wardkeenanbarrett.com