SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
KATHRYN HONECKER, SB #020849
Kathryn.Honecker@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com

JON P. KARDASSAKIS (*admitted pro hac vice*)
Jon.Kardassakis@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213-250-1800
Facsimile: 213-250-7900

*Attorneys for Defendant Grand Canyon University.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Seth Hannibal-Fisher and David Tran on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Grand Canyon University, a Domestic Nonprofit Corporation,<br><br>Defendant. | No. 2:20-cv-01007-PHX-SMB<br><br>**NOTICE OF SERVICE OF GRAND CANYON UNIVERSITY'S INITIAL DISCLOSURE STATEMENT** |

Defendant Grand Canyon University, through undersigned counsel, hereby gives notice to this Court that it has served its Initial Disclosure Statement on all parties on July 7, 2021.

                                                **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                                By: _____
                                                    Sean P. Healy
                                                    Jon P. Kardassakis
                                                    Kathryn Honecker
                                                    *Attorneys for Defendant*
                                                    *Grand Canyon University*

4827-2346-6225.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gerald Barrett, Esq.
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
gbarrett@wardkeenanbarrett.com

Joseph I. Marchese, Esq. (PHV)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York  10019
jmarchese@bursor.com

Sarah N. Westcot, Esq. (PHV)
BURSOR & FISHER, P.A.
2665 South Bayshore Drive, Suite 220
Miami, Florida  33133-5402
swestcot@bursor.com

Clifford P. Bendau, II, Esq.
Christopher J. Bendau, Esq.
BENDAU & BENDAU PLLC
Post Office Box 97066
Phoenix, Arizona  85060
cliffordbendau@bendaulaw.com
chris@bendaulaw.com

Gary F. Lynch, Esq. (PHV)
Edward W. Ciolko, Esq. (PHV)
Kathleen P. Lally, Esq. (PHV)
CARLSON LYNCH LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania  15222
glynch@carlsonlynch.com
eciolko@carlsonlynch.com
klally@carlsonlynch.com
*Counsel for Plaintiffs*

/s/ DC Hatheway
28303-475

4827-2346-6225.1      2