SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
KATHRYN HONECKER, SB #020849
Kathryn.Honecker@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051

JON P. KARDASSAKIS *(PHV)*
Jon.Kardassakis@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213-250-1800
Facsimile: 213-250-7900

*Attorneys for Defendant Grand Canyon University*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Seth Hannibal-Fisher and David Tran on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Grand Canyon University, a Domestic Nonprofit Corporation,<br><br>Defendant. | No. 2:20-cv-01007-DJH<br><br>**DEFENDANT'S FIRST NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**<br><br>*(The Honorable Susan M. Brnovich)* |

95162959.1

Defendant Grand Canyon University's ("GCU") respectfully submits this First Notice of Supplemental Authority in Support of its Opposition to Plaintiff's Motion for Class Certification and Appointment of Class Counsel (Doc. 84) to inform the Court of persuasive orders issued in the following cases:

- *Omori, et al. v. Brandeis University*, Case No. 20-11021-NMG, Civil Action No. 20-11021-NMG, 2023 U.S. Dist. LEXIS 86168, at *1 (D. Mass. May 16, 2023), a copy of which is attached as Exhibit A.

- *Eddlemon v. Bradley Univ.*, 65 F.4th 335 (7th Cir. 2023), a copy of which is attached as Exhibit B.

DATED this 22nd day of May, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By _____
Sean P. Healy
Jon P. Kardassakis
Kathryn Honecker
*Attorneys for Defendant*
*Grand Canyon University*

95162959.1

1

# CERTIFICATE OF SERVICE

I certify that on the 22nd day of May, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

                                              /s/ DC Hatheway

95162959.1

2