**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

**\*Additional Counsel Listed Below**

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SETH HANNIBAL-FISHER and DAVID TRAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>GRAND CANYON UNIVERSITY,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:20-cv-01007-SMB<br><br>**PLAINTIFFS' FIRST NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**<br><br>Hon. Susan M. Brnovich |

Plaintiffs Seth Hannibal-Fisher and David Tran respectfully submit this First Notice of Supplemental Authority in Support of their Motion for Class Certification and Appointment of Class Counsel (Dkt. No. 81) to inform the Court of persuasive orders issued in the following cases:

- *Okolo, et al. v. Maryville Univ. of St. Louis*, Case No. 20SL-CC02850 (St. Louis Cnty., Mo. Aug. 8, 2023) – a true and correct copy of which is attached hereto as **Exhibit A**, along with the relevant briefing (sans exhibits)[1]; and
- *Barry v. Univ. of Washington*, Case NO. 20-2-13924-6-SEA (King Cnty., Wa. June 28, 2023) – a true and correct copy of which is attached hereto as **Exhibit B**, along with the relevant briefing (sans exhibits).

Dated: August 29, 2023               Respectfully submitted:

**LYNCH CARPENTER, LLP**

By:   */s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim
117 East Colorado Blvd, Suite 600
Pasadena, CA 91105
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
ekim@lcllp.com

**LYNCH CARPENTER, LLP**
Gary F. Lynch
Edward W. Ciolko
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
eciolko@lcllp.com

**BURSOR & FISHER, P.A.**

---

[1] Exhibits to the relevant briefing were excluded for efficiency but are available for filing upon the Court's request.

Joseph I. Marchese (admitted *Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Telephone: (602) 279-1717
Facsimile: (602) 279-8908
E-mail: gbarrett@wardkeenanbarrett.com

**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ No. 030204)
Christopher J. Bendau (AZ No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
chris@bendaulaw.com

*Attorneys for Plaintiffs*