**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (admitted *Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

***Additional Counsel Listed Below**

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SETH HANNIBAL-FISHER and DAVID TRAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GRAND CANYON UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-01007-SMB<br><br>**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**<br><br>Hon. Susan M. Brnovich |

Plaintiffs Seth Hannibal-Fisher and David Tran respectfully submit this Second Notice of Supplemental Authority in Support of their Motion for Class Certification and Appointment of Class Counsel (Dkt. No. 81) to provide the transcript from the hearing in *Barry v. Univ. of Washington*, Case NO. 20-2-13924-6-SEA (King Cnty., Wa. June 28, 2023) wherein the court granted certification including for the unjust enrichment claim, a true and correct copy of which is attached hereto as **Exhibit** A, for which the briefing and related order were previously provided in Plaintiffs' First Notice of Supplemental Authority (Dkt. No. 87).

Dated: August 31, 2023   Respectfully submitted:

**LYNCH CARPENTER, LLP**

By: */s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim
117 East Colorado Blvd, Suite 600
Pasadena, CA 91105
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
ekim@lcllp.com

**LYNCH CARPENTER, LLP**
Gary F. Lynch
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (admitted *Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: jmarchese@bursor.com

**BURSOR & FISHER, P.A.**

Sarah N. Westcot (admitted *Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Telephone: (602) 279-1717
Facsimile: (602) 279-8908
E-mail: gbarrett@wardkeenanbarrett.com

**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ No. 030204)
Christopher J. Bendau (AZ No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
chris@bendaulaw.com

*Attorneys for Plaintiffs*