# APPENDIX A

JAE K. KIM (admitted *Pro Hac Vice*)
**LYNCH CARPENTER, LLP**
117 East Colorado Blvd., Suite 600
Pasadena, California 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
Email: ekim@lcllp.com
*Attorneys for Plaintiffs\**

SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
KATHRYN HONECKER, SB #020849
Kathryn.Honecker@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Defendant Grand Canyon University\**
*\*Additional Counsel Listed Below*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Seth Hannibal-Fisher and David Tran on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>  vs.<br><br>Grand Canyon University, a Domestic Nonprofit Corporation,<br><br>               Defendant. | No. 2:20-cv-01007-PHX-SMB<br><br>**STIPULATION FOR DISMISSAL**<br><br>*(The Honorable Susan M. Brnovich)* |

131956753.6

Plaintiff Seth Hannibal-Fisher and Defendant Grand Canyon University, by their respective counsel of record, hereby stipulate and agree that Plaintiff Hannibal-Fisher's claims in the above-captioned action should be dismissed **WITHOUT PREJUDICE**, with each party to bear their own attorneys' fees and costs.

Plaintiff David Tran and Defendant Grand Canyon University, by their respective counsel of record, hereby stipulate and agree that Plaintiff Tran's claims in the above-captioned action should be dismissed **WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

A proposed Order granting Dismissal is attached hereto.

DATED this 20th day of November, 2023.

**LYNCH CARPENTER, LLP**

By: _____
Jae K. Kim

**LYNCH CARPENTER, LLP**
JAE K. KIM (admitted Pro Hac Vice)
117 East Colorado Blvd., Suite 600
Pasadena, California 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
Email: ekim@lcllp.com

**LYNCH CARPENTER, LLP**
Gary F. Lynch (admitted *Pro Hac Vice*)
Edward W. Ciolko (admitted *Pro Hac Vice*)
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
P. (412) 322-9243
Facsimile: (412) 231-0246
Email: gary@lcllp.com
Email: eciolko@lcllp.com

**BURSOR & FISHER P.A.**
Joseph I. Marchese (admitted *Pro Hac Vice*)
888 Seventh Avenue

New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: jmarchese@bursor.com

**BURSOR & FISHER P.A.**
Sarah N. Westcot (admitted *Pro Hac Vice*)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

**WARD, KEENAN & BARRETT P.C.**
Gerald Barrett
Taylor Secemski
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Telephone: (602) 279-1717
Facsimile: (602) 279-8908
E-mail: gbarrett@wardkeenanbarrett.com
E-mail: tsecemski@wardkeenanbarrett.com

**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ No. 030204)
Christopher J. Bendau (AZ No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Facsimile: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
Email: chris@bendaulaw.com

*Attorneys for Plaintiffs*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____
      Kathryn Honecker

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Sean P. Healy (AZ No. 018393)
Kathryn Honecker (AZ No. 020849)

        Phoenix Plaza Tower II
        2929 North Central Avenue, Suite 1700
        Phoenix, Arizona 85012-2761
        Telephone: (602) 385-1040
        Facsimile: (602) 385-1051
        Email:  Sean.Healy@lewisbrisbois.com
        Email:  kathryn.honecker@lewisbrisbois.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jon P. Kardassakis (admitted *Pro Hac Vice*)
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email:  Jon.Kardassakis@lewisbrisbois.com

*Attorneys for Defendant Grand Canyon University*

131956753.6