# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seth Hannibal-Fisher, et al., | No. CV-20-01007-PHX-SMB |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| Grand Canyon University, | |
| Defendant. | |

The parties having filed the Stipulation (Doc. 96) and good cause appearing,

**IT IS ORDERED:**

1. That Plaintiff Seth Hannibal-Fisher's claims in the above-captioned action are dismissed in their entirety without prejudice.
2. That Plaintiff David Tran's claims in the above-captioned action are dismissed in their entirety WITH PREJUDICE.
3. That Plaintiff Seth Hannibal-Fisher, Plaintiff David Tran, and Defendant are to bear their own costs and attorney fees.

Dated this 21st day of November, 2023.

Honorable Susan M. Brnovich
United States District Judge